IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JULIE M. PUTERBAUGH, | : | |
| Plaintiff, | : | |
| | | Case No. 3:12cv00031 |
| vs. | : | |
| | | District Judge Thomas M. Rose |
| CAROLYN W. COLVIN, | : | Chief Magistrate Judge Sharon L. Ovington |
| Acting Commissioner of the Social Security Administration, | : | |
| Defendant. | : | |

**DECISION AND ENTRY**

The Court has reviewed the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #17), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on August 2, 2013 (Doc. #17) is ADOPTED in full;

2. The Commissioner's non-disability determination is AFFIRMED; and,

3. The case is terminated on the docket of this Court.

August 20, 2013                                            s/ **Thomas M. Rose**

_____
Thomas M. Rose
United States District Judge